UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-20195-CIV-GOLD/WHITE

CHRISTOPHER WILBON,

      Plaintiff,

v.

METRO DADE POLICE DEPT.,
et al.,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This CAUSE is before the Court on the Report and Recommendation filed by U.S. Magistrate Judge Patrick A. White [DE 168]. In the Report, Judge White recommends that Plaintiff's Unopposed Motion for Leave to File Third Amend Complaint and Request for Mediation [DE 167] be granted. Having reviewed the Report and being fully advised in the premises, the Report and Recommendation is adopted in its entirety. Accordingly, it is hereby

    ORDERED and ADJUDGED that:

    1.    The Report and Recommendation [DE 168] is ADOPTED.

    2.    The Motion to Dismiss [DE 150] and Report and Recommendation [DE 153] are DENIED as moot.

    DONE and ORDERED in Chambers in Miami, Florida, this 11 day of March 2009.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Chris M. McAliley